IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| PETE CRUZ SANCHEZ, III<br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>Defendant | Case No. 3:25-cv-00200-YY<br><br>ORDER AWARDING ATTORNEY FEES PER 28 U.S.C. §406(b) |

Having reviewed and considered Plaintiff's counsel's Petition for Attorney fees per U.S.C. § 406(b)(1) and 1383(d)(2)(B), and all supporting documentation, IT IS ORDERED that Plaintiff's counsel's request for attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d)(2)(B) is GRANTED. Attorney fees are allowed in the amount of $9,872.25. To account for a refund of the $8,864.77 already paid in EAJA attorney fees, and to account for $9,200 paid to Plaintiff's administrative attorney in 406a fees, SSA will pay a net fee award of $1,007.48 to Plaintiff's counsel, MARGARET LEHRKIND, out of Plaintiff's past-due benefits.

Dated: October 9, 2026

/s/ Youlee Yim You
United States Magistrate Judge

Submitted by:

By: */s/ Margaret Lehrkind*
Margaret Lehrkind
Attorney for Plaintiff